## HUGHES v. STATE.
### No. 21884.

Court of Criminal Appeals of Texas.
Feb. 4, 1942.

J. L. Gettys, of Gainesville, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant plead guilty to a charge of driving on a public street while under the influence of intoxicating liquor and was assessed a penalty of fifty dollars and five days in jail.

The record is before us without bills of exception and statement of facts. The procedure appears to be regular in all respects. There being nothing for us to consider, the judgment of the trial court is affirmed.